IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00058-MP-AK

JASON DEWAYNE ASHFORD,

   Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 28, Report and Recommendation of the Magistrate Judge recommending that the petition under 28 U.S.C. § 2255 be denied. Mr. Ashford has not filed objections, and the time for doing so has passed. The basis of Mr. Ashford's § 2255 motion is a claim that he has been subjected to an unconstitutionally enhanced sentence under the Sentencing Guidelines in contravention of <u>Booker</u>. Doc. 27. The Court agrees with the Magistrate Judge, however, that <u>Booker</u> is not applicable to cases on collateral review because the Supreme Court has not explicitly made the holding in that case retroactively applicable. Accordingly, it is hereby

   **ORDERED AND ADJUDGED:**

   1.   The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

   2.   This action is dismissed, and the clerk is directed to close the file.

   **DONE AND ORDERED** this *23rd* day of June, 2005

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge